JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIO GONZALEZ, MATIAS MADERA, ORALIA BANDA, as individuals, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>UNIVERSAL ALLOY CORPORATION, a California Corporation, and DOES 1 through 10,<br><br>  Defendants. | Case No.: SACV 13-00807 JVS (MRWx)<br><br>**JUDGMENT**<br><br>Judge: Hon. James V. Selna<br>Dept.:  10C |

Pursuant to the Court's November 10, 2014 Order granting Final Approval of Class Action Settlement and Approval of Attorney's Fees, Costs & Class Incentive Payments, IT IS ADJUDGED THAT:

1. Plaintiffs Fabio Gonzalez and Oralia Banda shall each be paid an Incentive Payment of $5,000, out of the settlement fund, in accordance with the terms of the Settlement Agreement. A copy of the Settlement Agreement is attached as Exhibit A.

2. Plaintiff Matias Madera shall be paid an Incentive Payment of $7,500 out of the settlement fund, in accordance with the terms of the Settlement Agreement.

3. The California Labor and Workforce Development Agency shall be paid 75% of the PAGA Penalties in a total amount of $7,500 out of the settlement fund, in accordance with the terms of the Settlement Agreement.

4. The individual settlement payments shall be paid to the Settlement Class Members out of the settlement fund, in accordance with the terms of the Settlement Agreement.

5. Class Counsel shall be paid $1,187,500 in attorney's fees and distributed in accordance with the terms of the Settlement Agreement.

6. Class Counsel's litigation costs of $41,351.71 shall be paid out of the settlement fund in accordance with the terms of the Settlement Agreement as follows: GrahamHollis APC shall be paid $15,901.70; Baltodano & Baltodono shall be paid $4,013.90; Boren, Osher & Luftman shall be paid $ 21, 436.11.

7. The settlement administrator, CPT Group, Inc., shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement out of the settlement fund, in accordance with the terms of the Settlement Agreement, but in an amount not to exceed $20,000.

8. The names of the Class Members who have requested exclusion from the Settlement pertaining to the California statutory claims are attached as Exhibit B. Except as to class members identified in Exhibit B who have validly and timely requested exclusion, this action is dismissed with prejudice.

9. All parties to bear their own fees and costs except as set forth herein and in prior orders of the court.

**APPROVED AS TO FORM:**

Dated: November _21__, 2014    ____/s/ Graham S.P. Hollis_____
Graham S.P. Hollis
Kristina De La Rosa
GRAHAMHOLLIS APC
Attorneys for Plaintiff and Class Members


Dated: November _21_, 2014    __/s/ Hernaldo J. Baltodano_____
Hernaldo J. Baltodano
BALTODANO & BALTODANO LLP
Attorneys for Class Representative
Fabio Gonzalez

Attorney for Fabio Gonzalez agreed with the form of this document and authorized the filer to use his electronic signature on November 14, 2014.

Dated: November___, 2014    _____
Paul K. Haines
BOREN, OSHER, & LUFTMAN LLP
Attorneys for Class Representative
Fabio Gonzalez and Class Members


Dated: November___, 2014    _____
_____Scott C. Lacunza
JACKSON LEWIS PC
Attorneys for Defendant
Universal Alloy Corporation

**IT IS SO ORDERED.**

Dated:   November 30, 2014

_____
The Honorable James V. Selna
United States District Judge